UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIMOTHY FROMM, as Executor de
Son Tort of ELIZABETH FROMM,
Deceased,

           Plaintiff,          Case No.:

vs.

LIFESPACE COMMUNITIES, INC.,
d/b/a THE WATERFORD,

           Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

The Defendant, LIFESPACE COMMUNITIES, INC., d/b/a THE WATERFORD, by and through undersigned counsel and pursuant to 28 U.S.C. 1331, 1441 and 1446, hereby removes and gives notice of the removal of this action to the United States District Court for the Southern District of Florida, and as grounds for removal states:

1. Plaintiff commenced this action pursuant to Fla. R. Civ. P. 1.050 on or March 18, 2021 when he filed the initial Complaint in the Fifteenth Judicial Circuit in and for Palm County, Florida. Thereafter, the Plaintiff filed the First Amended Complaint on March 23, 2021 and served the same upon the Defendant on March 29, 2021.

2. This case arises out of the nursing home stay of Elizabeth Fromm, who was a resident at The Waterford and was brought pursuant to Chapter 400, Florida Statutes.

3. Specifically, the Plaintiff alleges that Elizabeth Fromm contracted COVID-19 during her residency at The Waterford and further alleges that COVID-19 caused Elizabeth Fromm's death. The Plaintiff further alleges that The Waterford was negligent in allowing Elizabeth Fromm to contract COVID-19 by allegedly failing to follow infectious disease prevention protocols and by failing to follow the various government rules, regulations, and guidance regarding countermeasures to combat the COVID-19 virus.

4. The allegations of the Complaint are subject to Public Readiness and Emergency Preparedness Act, (PREP Act) Pub.L. No. 109-148, Div. C, Section 2, 119 Stat. 2818 (Dec. 30, 2005), codified at 42 U.S.C. Sections 247d-6d, 247d-6e. The PREP Act was amended through the Pandemic and All-Hazards Preparedness Reauthorization Act of 2013, Pub. L. No. 113-5, title IV, Section 402(g)(2), (3), 127 Stat. 196 (Mar. 13, 2013) and it was further amended by Section 6005 of the Families First Coronavirus Response Act, Pub. L. No. 116-127, 134 Stat. 177 (March 18, 2020) and Section 3103 of the Coronavirus Aid Relief and Economic Security Act, Public L. No. 116-136, 134 Stat. 281 (Mar. 27, 2020) a/k/a CARES Act.

**FEDERAL QUESTION AND DIVERSITY JURISDICTION**

5. Removal is appropriate in this matter pursuant to federal question jurisdiction under the PREP Act cited above.

6. In addition, removal is appropriate under diversity jurisdiction, as the Plaintiff is a resident of Florida and the Defendant is incorporated in the State of Iowa.

7. Plaintiff's Complaint does not allege specific damages, but instead seeks damages "in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, exclusive of costs and interest," which is the minimum jurisdictional amount for circuit court in the State of Florida. (First Amended Complaint, Paragraph 1).

8. "The jurisdiction of such Circuit Court depends not upon the amount of damages which is actually recoverable as a matter of law, but rather by the sum in good faith demanded or actually put in controversy." Rocco v. Coffey, 163 So. 2d 23 (Fla. 2d DCA 1964)

9. Pursuant to 28 U.S.C. Section 1446(c)(2)(A)(ii), Defendant, LIFESPACE COMMUNITIES, INC. d/b/a THE WATERFORD alleges that in good faith believes that Plaintiff will assert that the amount in controversy in this matter is in excess of $75,000.00, exclusive of interest and costs.

**REMOVAL PROCEDURES**

10. Plaintiff filed the First Amended Complaint in State Court on March 23, 2021 and served the Summons and First Amended Complaint on March 29, 2021.

11. On April 16, 2021, Defendant filed a Motion to Dismiss in State Court.

12. This Notice of Removal is timely filed.

13. Pursuant to 28 U.S.C. Section 1446(a), true and correct copies of all process, pleadings, and orders which have been filed by Plaintiff and Defendant to date are attached hereto:

**Exhibit A**: Complaint;
**Exhibit B**: Summons and First Amended Complaint;
**Exhibit C**: Notice of Service of First Set of Interrogatories to Defendant
**Exhibit D**: Notice of Service of First Request for Production;
**Exhibit E**: Defendant's Motion to Dismiss.

14. A copy of this Notice of Removal is being filed with the Court Administrator for the United States District Court for the Southern District of Florida.

15. A copy of the Notice of Removal is being served on all parties and a copy is being provided to the Clerk of the Circuit Court in the state court proceeding.

16. Defendant reserves the right to amend or supplement this Notice of Removal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of hereof, along with all exhibits has been served upon Frank F. Fernandez, III, Esquire, The Fernandez Firm, 2503 W. Swann Avenue, Tampa, FL 33609 via electronic mail at eserve@fernandezfirm.com on April 19, 2021.

 

_____
KIRSTEN K. ULLMAN, ESQUIRE
Lead Counsel
Fla. Bar No.: 0857210
Ullman Bursa Law
3812 Coconut Palm Drive, Suite 200
Tampa, FL 33619
(813) 970-0500 – Telephone
(813) 970-0549 – Facsimile
kullman@ublawoffices.com
jsantos@ublawoffices.com
kcortes@ublawoffices.com
courtmail@ublawoffices.com
Attorney for Defendant